■ RAYMOND RYAN, Respondent, v STANLEY BABIARZ, Appellant. [908 NYS2d 380]—Appeal from an order of the Supreme Court, Herkimer County (Bernadette Clark, J.), entered February 3, 2010 in a personal injury action. The order denied the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs for reasons stated at Supreme Court. Present—Martoche, J.P., Carni, Green, Pine and Gorski, JJ.